IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)

| | | |
|---|---|---|
| IN RE: | * | |
| JAMES E. TAYLOR, SR., KATHLEEN A. TAYLOR, | * | Case No. 17-14340-mdc |
| | * | |
| Debtors | | |
| | * | (Chapter 13) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| HAMILTON BANK f/k/a/ FRATERNITY FEDERAL SAVINGS AND LOAN ASSOCIATION, | * | |
| | * | |
| | * | |
| Movant | | Motion No. |
| | * | |
| v. | | |
| | * | |
| JAMES E. TAYLOR, SR. KATHLEEN A. TAYLOR 3833 Etta Street Philadelphia, Pennsylvania 19114 | * | |
| | * | |
| Debtors/Respondents | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Hamilton Bank, the Movant herein, ("Movant"), and for the reasons stated therein, due consideration having been given by the

Court to the Debtors'/Respondents' Response to Motion for Relief of Stay, and the parties hereto having consented to the entry of this Order, and no Objections to the entry of this Order having been timely filed by those creditors or other parties in interest entitled to notice of this Consent Order pursuant to Rule 4001(d) of the Rules of Bankruptcy Procedure, it is

ORDERED, that the automatic stay is hereby modified, pursuant to 11 U.S.C. §362(d), to permit the Movant to exercise its legal rights under applicable law as to the Debtors'/Respondents' Real Property, or their interest therein, including but not limited to, foreclosure against the said property under the Movant's Deed of Trust and Other Loan Documents and/or accept a Deed in Lieu of Foreclosure to the said property known as 2001 Cecil Avenue, Baltimore, Maryland 21218.

CONSENTED TO BY:

SHUMAKER WILLIAMS, P.C.

/s/ *Michael E. Rowan*
Michael E. Rowan
901 Dulaney Valley Road, Suite 610
Towson, Maryland 21204-2685
Telephone: 410-825-5223
Facsimile: 410-825-5426
mrowan@shumakerwilliams.com
Attorney for Movant/Secured Creditor
Hamilton Bank

SADEK AND COOPER

/s/ *Brad J. Sadek*
Brad J. Sadek
1315 Walnut Street, Suite 502
Philadelphia, Pennsylvania 19107
Telephone: 215-545-0008
Facsimile: 215-545-0611
brad@sadeklaw.com
Attorney for Debtors/Respondents

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the signatures of the consenting parties obtained on the original Consent Order.

/s/ *Michael E. Rowan*
Michael E. Rowan

END OF ORDER

:300000-21-4968

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia Division)

| | | |
|---|---|---|
| IN RE: | * | |
| JAMES E. TAYLOR, SR., | * | Case No. 17-14340-mdc |
| KATHLEEN A. TAYLOR, | * | |
| Debtors | | |
| | * | (Chapter 13) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| HAMILTON BANK | * | |
| f/k/a/ FRATERNITY FEDERAL | | |
| SAVINGS AND LOAN | * | |
| ASSOCIATION, | | |
| | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| JAMES E. TAYLOR, SR. | | |
| KATHLEEN A. TAYLOR | * | |
| 3833 Etta Street | | |
| Philadelphia, Pennsylvania 19114 | * | |
| | | |
| Debtors/Respondents | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER GRANTING MOTION FOR RELIEF
FROM STAY OF CREDITOR, HAMILTON BANK</u>

Upon consideration of the Motion for Relief from Stay filed by Hamilton Bank, the Movant herein, ("Movant"), the consent of the Debtors, James E. Taylor, Sr., and Kathleen A. Taylor, and no Objections to the entry of this Order having been timely filed by those creditors or other parties in interest entitled to notice of this Consent Order pursuant to Rule 4001(d) of the Rules of Bankruptcy Procedure,

IT IS HEREBY ORDERED:

1. That the Motion for Relief from Stay filed by Hamilton Bank is GRANTED; and

2. That the automatic stay is hereby modified, pursuant to 11 U.S.C. §362(d), to permit the Movant to exercise its legal rights under applicable law as to the Debtors'/Respondents' Real Property, or their interest therein, including but not limited to, foreclosure against the said property under the Movant's Deed of Trust and Other Loan Documents and/or accept a Deed in Lieu of Foreclosure to the said property known as 2001 Cecil Avenue, Baltimore, Maryland 21218.

Dated: November 14, 2017

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge